## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: December 14, 2020
Index # 1:20-cv-06072-PKC-CLP

*Eugenio Sevilla and Stephanie Garrido, Individually and on Behalf of Others Similarly Situated*   Plaintiff

against

*House of Salads One, LLC d/b/a House of Salads., et al*   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY   SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ December 16, 2020 _____, at __ 11:00 AM __, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint Collective Action Under 29 U.S.C §216(b)

on

_____ House of Salads One LLC _____, the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 303 Limited Liability Company Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: 55-60   Approx. Wt: 130lbs   Approx. Ht: 5'3"
Color of skin: White   Hair color: Black   Sex: Female   Other: _____

Sworn to before me on this
__16th__ day of December 2020

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1850807

**SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201**