UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EUGENIO SEVILLA and STEPHANIE GARRIDO,
individually and on behalf of others similarly
situated,

          Plaintiffs,

  v.

HOUSE OF SALADS ONE LLC (D/B/A
HOUSE OF SALADS) and ASHER BEN TOV,

          Defendants.
----------------------------------------------------------------X

JUDGMENT

20-CV-6072 (PKC) (CLP)

      A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 30, 2022, granting in part and denying in part Plaintiffs' Motion for Default Judgment against House of Salads One LLC and Asher Ben Tov; deeming Defendants jointly and severally liable; granting Plaintiff Sevilla $111,824.50 in total in damages; granting Plaintiff Garrido $93,715.00 in total in damages; awarding Plaintiffs post-judgment interest on all sums awarded, and an additional $3,597.50 in attorneys' fees and $540.00 in costs; it is

      ORDERED and ADJUDGED that Plaintiffs' Motion for Default Judgment against House of Salads One LLC and Asher Ben Tov is granted in part and denied in part; that Defendants are jointly and severally liable; and that Plaintiffs are awarded a total amount of $209,677 plus post-judgment interest on all sums awarded.

| | |
|---|---|
| Dated: Brooklyn, New York<br>       March 31, 2022 | Brenna B. Mahoney<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>       Deputy Clerk |